RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org
Attorney for Daniel Suteu

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-cr-00138-APG-NJK-1 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| DANIEL SUTEU, | |
| Defendant. | |

NOTICE is hereby given that Assistant Federal Public Defender, Raquel Lazo, will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101

DATED this 30th day of July 2026.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Raquel Lazo*

RAQUEL LAZO
Assistant Federal Public Defender